AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. § 1326 - Illegal Reentry After Deportation (One Count)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

E-filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ JOSE MARGARITO VERA-LEONIDES

**DISTRICT COURT NUMBER**
CR 08 - 0530 MMC

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Immigration & Customs Enforcement, Special Agent Polly Kaiser

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Erika R. Frick

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



UNITED STATES OF AMERICA,

V.

E-filing  JOSE MARGARITO VERA-LEONIDES,
a/k/a Jose Margarito Flores-Leonides,
a/k/a Antonio Vargas, a/k/a Jose Flores,
a/k/a/ Andi Garcia, a/k/a/ Jose Leonides,
a/k/a/ Flores Jose,
a/k/a/ Jose Vera, a/k/a/ Mario Vega

DEFENDANT(S).

CR 08    0530    MMC

---

# INDICTMENT

VIOLATION: Title 8, United States Code, Section 1326 - Alien found
in the United States After Deportation

_____INDICT_____
A true bill.

_____/s/_____
Foreman

Filed in open court this ___7___ day of _August_
_2008_

_____
Clerk

Bail, $ _No bail warrant to issue_

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 08  0530   MMC

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) VIOLATION: Title 8, United States Code, Section 1326 – Alien Found in the United States After Deportation |
| v. | ) |
| JOSE MARGARITO VERA-LEONIDES, a/k/a Jose Margarito Flores-Leonides, a/k/a Antonio Vargas, a/k/a Jose Flores, a/k/a Andi Garcia, a/k/a Jose Leonides, a/k/a Flores Jose, a/k/a Jose Vera, a/k/a Mario Vega, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

On or about February 2, 1995, February 20, 2003, and September 16, 2006, the defendant,

JOSE MARGARITO VERA-LEONIDES,
a/k/a Jose Margarito Flores-Leonides,
a/k/a Antonio Vargas,
a/k/a Jose Flores,
a/k/a Andi Garcia,
a/k/a Jose Leonides,
a/k/a Flores Jose,
a/k/a Jose Vera,

INDICTMENT

1    a/k/a Mario Vega,
2 an alien, was excluded, deported and removed from the United States, and thereafter, on or about
3 November 30, 2007, was found in the Northern District of California, the Attorney General of
4 the United States and the Secretary for Homeland Security not having expressly consented to a
5 re-application by the defendant for admission into the United States, in violation of Title 8,
6 United States Code, Section 1326. It is further alleged that defendant was removed from the
7 United States subsequent to being convicted of an aggravated felony.
8
9 DATED:                                          A TRUE BILL.
10    8-7-08
11                                                _____
                                                  FOREPERSON
12
13 JOSEPH P. RUSSONIELLO
   United States Attorney
14
15
16 GREGG W. LOWDER
   Chief, Major Crimes Section
17
18 (Approved as to form: _____)
                          AUSA Frick
19
20
21
22
23
24
25
26
27
28

INDICTMENT