UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: SEP X 3 2008

Case No. CR-08-0530 MMC         JUDGE: Maxine M. Chesney

JOSE MARGARITO VELA-LEONIDES*   Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

ELIKA FLICK                     RITA BOSWORTH
U.S. ATTORNEY                   ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO      Reporter: CONNIE KUHL

PROCEEDINGS

REASON FOR HEARING: Initial Status Conference

RESULT OF HEARING: Defendant's counsel needs to review discovery materials. AUSA will obtain prior conviction documents - which might take some time.
* Spanish interpreter - Alethea Hanna

Case continued to 10/8/08 @ 2:30 for Further Status.
Case continued to _____ for Motions.
        (Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel  Begins SEP X 3 2008  Ends 10/8/08

(5 min)